**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00236-CR**
_____

**SABRINA OLAROSA GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR34235**

**MEMORANDUM OPINION**

A grand jury indicted Appellant for murder with a deadly weapon (a firearm), a first-degree felony. *See* Tex. Penal Code Ann. § 19.02(c). The trial court rejected Garcia's plea agreement with the State for a punishment of ten years of confinement in exchange for her plea of guilty to the charged offense. Garcia waived her right to a jury trial, pleaded guilty to the offense, and elected to have the trial court assess punishment. The trial court sentenced Garcia to life in prison. Garcia timely filed her appeal.

1

On appeal, Appellant's court-ordered attorney filed a brief stating that he has reviewed the case and, based on his professional evaluation of the record and applicable law, there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Garcia to file a pro se brief, and we received no response from Garcia.

Upon receiving an *Anders* brief, this Court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we have found nothing that would arguably support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1.") Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Garcia may challenge our decision in this case by filing a petition for discretionary review with the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.

AFFIRMED.

LEANNE JOHNSON<br>Justice

Submitted on February 13, 2024
Opinion Delivered February 21, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.